LAW OFFICES OF
# G. MARTIN MEYERS, P.C.
A PROFESSIONAL CORPORATION

35 W. MAIN STREET, SUITE 106
DENVILLE, NJ  07834
e-mail: justin@gmeyerslaw.com

| | |
|---|---|
| TELEPHONE:  (973) 625-0838 | TELECOPIER:  (973) 625-5350 |
| --------------- | --------------- |
| G. MARTIN MEYERS, Esq. * | SUSAN S. SINGER, Esq. † |
| * Certified by the New Jersey Supreme Court | JUSTIN A. MEYERS, Esq. † |
|    as a Civil Trial Attorney | † Of Counsel |
| --------------- | --------------- |

May 17, 2024

**VIA ECF**

Hon. Zahid Quraishi, U.S.D.J.
U.S. DISTRICT COURT,
  DISTRICT OF NEW JERSEY
MLK Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: **Gannon et al. v. United Bank Card, Inc. et al.**
     **Civil Action no. 2:23-cv-4313**

Your Honor:

  Please be aware that the New Jersey Superior Court, Hunterdon County, Hon. Edward Coleman, P.J. Ch. presiding, recently entered an order to reopen an earlier proceeding, *Roma Pizzeria, et al. v. Harbortouch f/k/a United Bank Card*, HNT-L-637-12, see attached hereto Exhibit A.

  Please note that Plaintiffs intend to appeal Judge Coleman's conclusion that the matters raised herein were disposed of by the settlement reached in the former case.

  Thank you for your time and attention to this matter.

        Sincerely,

       /s/ Justin Meyers
        Justin A. Meyers (041522006)

       LAW OFFICES OF G. MARTIN MEYERS, P.C.
       *Attorneys for Plaintiffs*