**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
Liberty View, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
856.488.7700
Ethan Hougah (Attorney I.D. #007842011)
John G. Papianou (Attorney I.D. #269592019)
ehougah@mmwr.com
jpapianou@mmwr.com

*Counsel for Defendant Harbortouch n/k/a Shift4 Payments, LLC*

| | |
|---|---|
| ROMA PIZZERIA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBORTOUCH f/k/a UNITED BANK CARD,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>HUNTERDON COUNTY<br><br>DOCKET NO. HNT-L-637-12<br><br>Civil Action<br><br>**ORDER GRANTING DEFENDANT HARBORTOUCH'S MOTION TO REOPEN CASE** |

This matter having been brought before the Court by Defendant Harbortouch n/k/a Shift4 Payments, LLC, through its counsel, Montgomery, McCracken, Walker & Rhoads, LLP; upon Defendant's Motion to Reopen Case; and the Court having considered the papers submitted in connection therewith, and having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this 8th day of May, 2024 **ORDERED** that:

(1) Defendant's motion is **GRANTED**; and

(2)   This action be **REOPENED**.

_____, J.S.C.

✓ OPPOSED
___ UNOPPOSED

**EDWARD M. COLEMAN, P.J.Ch.**
**Ret. and Temp. Assigned on Recall**

Reasons attached to this Order.

2